IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BLADIMIR RIASCOS ARBODELA, ) | |
| ) | |
| Petitioner, ) | |
| ) | Criminal No. 10-00179-CG |
| vs. ) | |
| ) | Civil Action No. 1:12-cv-648-CG-B |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED**, and **DECREED** that Arbodela's petition for habeas corpus relief is **DENIED**, and that **JUDGMENT** is entered in favor of the Respondent, the United States of America, and against the Petitioner, Bladimir Riascos Arbodela. The court finds that Arbodela is not entitled to the issuance of a certificate of appealability, and, therefore, is not entitled to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 2nd day of September, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE