# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

BLADIMIR RIASCOS ARBODELA,   )
a/k/a Wigberto Lebron Ortiz      )
a/k/a Jose Luis Rivera Garcia,     )
                           )
     Petitioner,          )
                           )   **CIVIL ACTION NO. 12-0648-CG**
vs.                         )
                           )   **CRIMINAL NO. 10-00179-CG-N**
UNITED STATES OF AMERICA,   )
                           )
     Respondent.         )

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED,**

**ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the

Respondent and against Petitioner Arbodela, that Arbodela's March 3, 2015 motion

(Doc. 165) is **DISMISSED without prejudice** for lack of jurisdiction to the extent

it is a motion under 28 U.S.C. § 2255 and is otherwise **DENIED**, and that Arbodela

is not entitled either to a certificate of appealability or to appeal <u>in</u> <u>forma</u> <u>pauperis</u>.

    **DONE and ORDERED** this 30th day of September, 2015.

                          /s/ Callie V. S. Granade
                          UNITED STATES DISTRICT JUDGE